IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA S. HERRERA,** | Case No. C 13-1016 LHK (PR) |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **DR. JEFF BEARD, Director of Corrections,** | |
| Respondent. | |

 IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause and provide the state court record will be extended to August 30, 2013. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated: \_\_\_\_7/13/13_____     *Lucy H. Koh*
                                             The Honorable Lucy H. Koh